

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2014

No. 04-14-00315-CR

Paulino **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1058
Honorable George H. Godwin, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
                Sandee Bryan Mario, Justice
                Marialyn Barnard, Justice

       James V. Tocci, counsel for appellant, has filed a motion to withdraw. Counsel's motion, however, does not comply with Texas Rule of Appellate Procedure 6.5. Specifically, the motion does not contain the following: a list of current deadlines and settings in the case; appellant's name and last known address and telephone number; a statement that a copy of the motion was delivered to appellant in person or by certified and first-class mail; and a statement that appellant was notified in writing of the right to object to the motion to withdraw. *See* TEX. R. APP. P. 6.5(a), (b).

       We, therefore, DENY counsel's motion to withdraw. Counsel is reminded that appellant's brief is due no later than thirty (30) days after the reporter's record is filed.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2014.



Keith E. Hottle
Clerk of Court